UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURORA CERVANTES

            Plaintiff,

    v.

ESTATE OF HEIRS OF LOUIS ROGERS
DEVAURS, *et al.,*

            Defendants.

_____/

Case No. 1: 14-cv-00169-LJO-BAM

**ORDER AFTER SETTLMENT**

      Plaintiff Aurora Cervantes has filed a Notice of Settlement indicating that a settlement has been reached.  (Doc. 6).  Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, no later than May 19, 2014, to file appropriate papers to dismiss or conclude this action in its entirety.

      This Court VACATES all pending dates and matters.

      Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

  Dated:   __April 28, 2014__          ___/s/ *Barbara A. McAuliffe*___

                                   UNITED STATES MAGISTRATE JUDGE