# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | 1:14-cv-00169-LJO-BAM |
| Plaintiff, | ORDER TO DISMISS AND CLOSE ACTION (Doc. 8) |
| v. | |
| JAY AND STACEY 261 INC., dba KENTUCKY FRIED CHICKEN, ESTATE OF HEIRS OF LOUIS ROGER DEVAURS, and DOES 1-10, inclusive, | |
| Defendants. | |

Based on Plaintiff's timely request to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

       1.    DISMISSES with prejudice this entire action and all claims;

       2.    VACATES all pending dates and matters; and

       3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **May 7, 2014**                    **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE