# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAY AND STACEY 261 INC., dba KENTUCKY FRIED CHICKEN, ESTATE OF HEIRS OF LOUIS ROGER DEVAURS, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | 1:14-cv-00169-LJO-BAM<br><br>**AMENDED ORDER TO DISMISS AND CLOSE ACTION (Doc. 8)** |

Based on Plaintiff's timely request to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

　　　　1.　　DISMISSES <u>without prejudice</u> this entire action and all claims;

　　　　2.　　VACATES all pending dates and matters; and

　　　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　　Dated: __**May 8, 2014**__　　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1